IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| APPLIED UNDERWRITERS CAPTIVE RISK ASSURANCE COMPANY, INC., an Iowa corporation;<br><br>Plaintiff,<br><br>vs.<br><br>BEEMAC DRIVER MANAGEMENT, LLC, a Pennsylvania limited liability company; and DRIVERS MANAGEMENT SOLUTIONS, LLC, a Pennsylvania limited liability company;<br><br>Defendants. | 8:16CV382<br><br>**ORDER** |

The parties are engaged in settlement discussions.

Accordingly,

IT IS ORDERED that the pretrial conference is continued, and it will be held before the undersigned magistrate judge on **January 9, 2019** at **1:00 p.m.**, by telephone. Counsel shall use the instructions and codes assigned to this case to participate in the pretrial conference.

January 2, 2019.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge