IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| APPLIED UNDERWRITERS CAPTIVE RISK ASSURANCE COMPANY, INC., an Iowa Corporation,<br><br>    Plaintiff and Counterclaim defendant,<br><br>vs.<br><br>BEEMAC DRIVER MANAGEMENT, LLC, a Pennsylvania Limited Liability Company, and DRIVERS MANAGEMENT SOLUTIONS, LLC a Pennsylvania Limited Liability Company,<br><br>    Defendants and Counterclaimants. | 8:16-CV-382<br><br>JUDGMENT |

  Pursuant to the Court's order of February 20, 2019 (filing 67), this case is dismissed with prejudice.

  Dated this 9th day of November, 2021.

              BY THE COURT:

              _____
              John M. Gerrard
              United States District Judge